**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-23-00240-CR**
**NO. 09-23-00241-CR**
**NO. 09-23-00242-CR**
**NO. 09-23-00243-CR**
**NO. 09-23-00244-CR**

_____

**ZANE EDWARD HOLLOWAY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

_____

**On Appeal from the 359th District Court**
**Montgomery County, Texas**
**Trial Cause Nos. 20-04-04503-CR, 20-04-05020-CR,**
**22-07-09545-CR, 22-07-09546-CR, and 22-07-09548-CR**

_____

**MEMORANDUM OPINION**

On August 30, 2023, we notified the parties that the appeals would be dismissed for want of prosecution unless the appellant arranged to file the records or explained why he needed additional time to do so. The Court, however, received no response to its request.

1

There is also nothing in the record that shows the appellant is entitled to proceed without paying costs. *See* Tex. R. App. P. 20.2. Because the appellant has not explained why he failed to file the records in his appeals, we dismiss the appeals for want of prosecution. *See id*. 37.3(b).

APPEALS DISMISSED.

PER CURIAM

Submitted on October 24, 2023
Opinion Delivered October 25, 2023
Do Not Publish

Before Golemon, C.J., Johnson and Wright, JJ.